# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**ANTONIO ALFORD,**         **CASE NO. 3:12-cv-415**

    Petitioner,         **Judge Timothy S. Black**
                                           **Magistrate Judge Michael R. Merz**

  **-vs-**

**WARDEN, Lebanon Correctional Institution,**

    Respondent.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 8) of the United States Magistrate Judge is **ADOPTED**; the Petition is **DISMISSED WITH PREJUDICE** and a certificate of appealability is **DENIED***;* and the case is **TERMINATED** from the docket.


Date: September 24, 2013                                    **JOHN P. HEHMAN, CLERK**
                                                                               By: s/ M. Rogers
                                                                                    Deputy Clerk